IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00812-KMT

TEZRA LAWRENCE,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Kathleen M. Tafoya on September 23, 2015 , incorporated herein by reference, it is

ORDERED that the Commissioner's decision is REVERSED and this case is REMANDED to the Commissioner.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Plaintiff Tezra Lawrence and against Defendant Carolyn W. Colvin, Commissioner of Social Security.  It is

FURTHER ORDERED that Plaintiff Tezra Lawrence is awarded costs pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this 23rd day of September, 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/M. Ortiz
M. Ortiz, Deputy Clerk