IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–00812–KMT

TEZRA LAWRENCE,

    Plaintiff,

v.

CAROLYN COLVIN, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,

    Defendant.

## ORDER

It is hereby **ORDERED** that the parties' joint "Motion for Order Approving Stipulation of Award of Attorney Fees Under the Equal Access to Justice Act" (Doc No. 24, filed Nov. 4, 2015) is **GRANTED**. Defendant shall pay $4,475 of attorney fees to Plaintiff pursuant to the EAJA. It is further ordered that if, after receiving the court's EAJA fee order, the Commissioner (1) determines upon effectuation of the court's EAJA fee order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, and (2) agrees to waive the requirements of the Anti-Assignment Act, the fees will be made payable to Plaintiff's attorney. However, if there is a debt owned under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney.

Dated this 30th day of November, 2015.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge